BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Tribune Fraudulent Conveyance Litigation | MDL Docket No. _____ <br><br> **PLAINTIFFS' MOTION FOR MISCELLANEOUS RELIEF TO CONSIDER BRIEF IN SUPPORT OF MOTION TO TRANSFER, WHICH, IF COUNTING TABLES, EXCEEDS 20 PAGES** <br><br> Date:    To Be Set |

## MOTION FOR MISCELLANEOUS RELIEF

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), respectfully move this Panel for an immediate order, pursuant to J.P.M.L. Rule 6.3, accepting the Brief in Support of Plaintiffs' Motion for Transfer for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 ("the Brief"), which, if counting the Caption, Attorney Information, the Table of Contents, and Table of Authorities, exceeds 20 pages.

In support of this motion, Plaintiffs state the following:

1. Plaintiffs prepared and filed a Motion to Transfer 44 lawsuits from 21 different federal districts. Pending MDL No. 119.

2. The Brief prepared by Plaintiffs in support of the Motion to Transfer contains 20 pages of briefing, 2 pages of caption and attorney information, and 4 pages for the Table of Contents and Table of Authorities.

3. J.P.M.L. Rule 3.2 states that a brief in support of a Motion to Transfer shall not exceed 20 pages. The rule does not specify whether the caption page, attorney information, and tables of contents and authorities are included in the count.

4. In many jurisdictions, the Table of Contents and Table of Authorities are required for briefs in excess of 10 pages and are not counted towards page limits. *See, e.g.*, Central District of California, Local Rule 11-8 (requiring indexed table of contents and table of authorities for briefs exceeding 10 pages), Local Rule 11-6 (indices and exhibits do not count towards the page limits); Northern District of Texas, Local Rule 7.2 (d) (Briefs in excess of 10 pages must contain a table of

contents and table of cases), Local Rule 7.2(c) ("A brief must not exceed 25 pages (excluding the table of contents and table of authorities)."); Northern District of Illinois Local Rule 7.1 (briefs exceeding 15 pages must have a table of contents and cases).

5.      Considering the complexity of the issues and the length of the brief, Plaintiffs believe that the Tables of Contents and the Tables of Authorities are helpful to the Panel's consideration of the Motion to Transfer.  Because of potential conflicts issues, three different law firms represent Plaintiffs in the various cases for which transfer is sought.  The attorney contact information is, therefore, voluminous.

6.      The additional pages contain reference tables and contact information, not argument. Therefore, accepting the brief with the additional pages will not give Plaintiffs an unfair advantage over any parties that might seek to oppose the Motion to Transfer.

7.      While Plaintiffs believe that the Brief Submitted in Support of the Motion to Transfer complies with J.P.M.L. Rule 3.2, out of an abundance of caution, if the Panel or the Clerk considers the Brief to be in excess of the page limits, Plaintiffs request that the Panel accept and consider the Brief with the additional pages.

WHEREFORE, Plaintiffs request that the Clerk accept and the Panel consider the Brief in Support of the Motion to Transfer which, if counting the Tables of Contents, Table of Authorities, Caption and Attorney Information, exceeds 20 pages.

Dated:  August 18, 2011       By            /s/ David M. Zensky
                                          David M. Zensky

David M. Zensky
Stephen M. Baldini
Mitchell P. Hurley
Deborah Newman
Julia I. De Beers
Jason Goldsmith
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
dzensky@akingump.com

Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York and Wilmington Trust Company

Robert J. Lack
Hal Neier
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250
rlack@fklaw.com

Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York and Wilmington Trust Company

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
drosner@kasowitz.com

Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York and Wilmington Trust Company

3